1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7368
7      FAX: (415) 436-7027
       christiaan.highsmith@usdoj.gov
8
   Attorneys for United States of America

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,              )  CASE NO. CR-15-00547-2 JD
14                                        )
         Plaintiff,                       )  STIPULATION AND [PROPOSED] ORDER
15                                        )  CONTINUING SENTENCING DATE
      v.                                  )
16                                        )
   MANUEL GONZALEZ CHAVEZ,                )
17                                        )
         Defendant.                       )
18                                        )

19

20                                    STIPULATION

21      The United States of America and defendant Manuel Gonzalez Chavez, by and through their

22  respective counsel, with the agreement of U.S. Probation, hereby stipulation and ask the Court to find as

23  follows:

24   1. Defendant Gonzalez Chavez is currently scheduled for sentencing on August 8, 2018.

25   2. Defendant Gonzalez Chavez is facing a mandatory minimum sentence of 25 years and one day.

26      The government is expected to recommend a sentence of greater than 25 years.

27   3. Defense counsel needs additional time to interview witnesses, obtain medical information and

28      other records that are crucial to the sentencing hearing, and to present those materials to the

STIPULATION AND [PROPOSED] ORDER
CR-15-00547-2 JD

1 | Probation Officer prior to the Probation Officer filing the final Presentence Investigation Report.

2 |     4. Based on the foregoing, the parties request that the Court vacate the current sentencing date and request that the Court continue sentencing in this matter until Wednesday, September 12, 2018.

Dated: July 13, 2018                          Respectfully submitted

ALEX G. TSE
Acting United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

Dated: July 13, 2018                          /s/
ALAN A. DRESSLER
Attorney for Defendant
Manuel Gonzalez Chavez

**[PROPOSED] ORDER**

For good cause, and pursuant to the stipulation of the government and defendant Manuel Gonzalez Chavez, and the agreement of the United States Probation Officer, IT IS HEREBY ORDERED that the sentencing date currently scheduled for August 8, 2018 for defendant Manuel Gonzalez Chavez is continued to September 12, 2018.

IT IS SO ORDERED.

Dated: July 23, 2018

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE